# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of June, two thousand fifteen.

Before:     Peter W. Hall,
                *Circuit Judge.*

_____

| | |
|---|---|
| In Re: American International Group, Inc. 2008 Securities Litigation | **ORDER**<br>Docket No. 15-1215 |

_____

    On due consideration, the Appellant's motion seeking partial summary affirmance is hereby DENIED without prejudice (1) to Appellant seeking the relief requested from the merits panel assigned to hear the appeal <u>or</u> (2) to Appellant making clear in his principal brief precisely what he is and is not challenging on appeal from entry of the final judgment thus permitting the merits panel to affirm those portions of the judgment that Appellant is not challenging.

                                                           For the Court:

                                                           Catherine O'Hagan Wolfe,
                                                           Clerk of Court