UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): 15-1215

Caption [use short title]

Motion for: Dismissal of Appeal

IN RE: AMERICAN INTERNATIONAL GROUP, INC. 2008 SECURITIES LITIGATION

Set forth below precise, complete statement of relief sought:

Pursuant to Fed. R. App. P. 42(b), Appellant JEFF M. BROWN hereby requests dismissal of Appeal 15-1215 with prejudice.

The grounds for this motion are as follows:

(1) Appellant no longer desires to pursue this appeal; and (2) All named parties to the appeal agree to this dismissal.

All parties to the appeal shall bear their own costs.

MOVING PARTY: Jeff M. Brown
[ ] Plaintiff  [ ] Defendant
[✓] Appellant/Petitioner  [ ] Appellee/Respondent

OPPOSING PARTY: Jacksonville Police & Fire Pension Fund, on behalf of itself and on behalf of all others similarly situated

MOVING ATTORNEY: Christopher A. Bandas

OPPOSING ATTORNEY: Jeffrey Golan

[name of attorney, with firm, address, phone number and e-mail]

Bandas Law Firm, P.C.
500 N. Shoreline Blvd., Suite 1020
Corpus Christi, TX 78401 (361) 698-5200, cbandas@bandaslawfirm.com

Barrack, Rodos & Bacine Philadelphia, PA 19103
Suite 3300 2 Commerce Square 2001 Market Street
Philadelphia, PA 19103 (215) 963-0600, Golan, JGOLAN@barrack.com

Court-Judge/Agency appealed from: USDC - SDNY, Judge Laura Taylor Swain

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
[✓] Yes [ ] No (explain):_____

Opposing counsel's position on motion:
[✓] Unopposed [ ] Opposed [ ] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes [✓] No [ ] Don't Know

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:
Has request for relief been made below? [ ] Yes [ ] No
Has this relief been previously sought in this Court? [ ] Yes [ ] No
Requested return date and explanation of emergency:_____

Is oral argument on motion requested? [ ] Yes [✓] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? [ ] Yes [✓] No If yes, enter date:_____

Signature of Moving Attorney:
/s/ Christopher A. Bandas      Date: 06/29/2015      Service by: [✓] CM/ECF  [ ] Other [Attach proof of service]

Form T-1080 (rev. 12-13)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| IN RE: AMERICAN INTERNATIONAL GROUP, INC. 2008 SECURITIES LITIGATION | Case No. 15-1215 |

**AGREED MOTION TO DISMISS APPEAL**

Christopher A. Bandas
BANDAS LAW FIRM, P.C.
500 North Shoreline Blvd., Suite 1020
Corpus Christi, Texas 78401-0353
(361) 698-5200 Telephone
(361) 698-5222 Facsimile

*Attorneys for Appellant Jeff M. Brown*

Pursuant to Fed. R. App. P. 42(b), Appellant JEFF M. BROWN hereby requests dismissal of Appeal No. 15-1215 with prejudice. The grounds for this motion are as follows:

(1) Appellant no longer desires to pursue this appeal; and

(2) All named parties to the appeal agree to this dismissal.

All parties to the appeal shall bear their own costs. For these reasons, Appellant respectfully moves the Court for an Order dismissing the above-captioned appeal.

Dated: June 29, 2015                    Respectfully submitted,

/s/ Christopher A. Bandas
Christopher A. Bandas
BANDAS LAW FIRM, P.C.
500 North Shoreline Blvd., Suite 1020
Corpus Christi, Texas 78401-0353
(361) 698-5200 Telephone
(361) 698-5222 Facsimile

*Attorneys for Appellant Jeff M. Brown*

Case No. 15-1215
Agreed Motion to Dismiss Appeal

# CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Second Circuit by the using the appellate CM/ECF system on June 29, 2015. Registered CM/ECF users will be served by the appellate CM/ECF system.

/s/ Christopher A. Bandas
Christopher A. Bandas

Case No. 15-1215
Agreed Motion to Dismiss Appeal